| UNITED STATES BANKRUPTCY COURT<br>Northern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Shale Synergy II, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3941 Legacy Drive, Suite 209<br>Plano, Texas  75023<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Collin<br>ZIP CODE **75023** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7     ☐ Chapter 11 |
|---|

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor<br>Shale Synergy, LLC | Case Number<br>3:10-bk-31683 | Date<br>03/08/2010 |
| Relationship<br>Affiliate of Shale Synergy, LLC | District<br>Northern District of Texas | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>          or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x /s/ signature<br>Signature of Petitioner or Representative (State title)<br>Samuel S. Aguirre on behalf of Reef Development of Hawaii, Inc. Profit Sharing Plan | x /s/ signature  3/8/10<br>Signature of Attorney  Date<br>Diamond McCarthy LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Samuel S. Aguirre<br>99-930 Iwena Street, B107<br>Aiea, HI 96701 | Address<br>(713) 333-5100<br>Telephone No. |
| x /s/ signature<br>Signature of Petitioner or Representative (State title)<br>Samuel S. Aguirre on behalf of Samuel S. Aguirre Rev. Living Trust | x /s/ signature  3/8/10<br>Signature of Attorney  Date<br>Diamond McCarthy LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Samuel S. Aguirre<br>99-930 Iwena Street, B107<br>Aiea, HI 96701 | Address<br>(713) 333-5100<br>Telephone No. |
| x<br>Signature of Petitioner or Representative (State title) | x<br>Signature of Attorney  Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Reef Development of Hawaii, Inc. Profit Sharing Plan | unsecured | 300,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Samuel S. Aguirre Rev. Living Trust | unsecured | 200,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

_____ continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Rob Golanian  3/4/10 | x /s/ signature  3/8/10 |
|---|---|
| Signature of Petitioner or Representative (State title)  Rob Golanian on behalf of Jenny Golanian | Signature of Attorney  Diamond McCarthy LLP |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any)  909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity  Rob Golanian  919 N. Glendale Avenue #12  Glendale, CA 91206 | Address  (713) 333-5100  Telephone No. |
| x_____  Signature of Petitioner or Representative (State title) | x_____  Signature of Attorney        Date |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |
| x_____  Signature of Petitioner or Representative (State title) | x_____  Signature of Attorney        Date |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jenny Golanian | unsecured | 50,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |  |

_____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Michael Hicks on behalf of Michael & Marie Louise Hicks | x _[signature]_ 3/8/10 <br> Signature of Attorney                Date <br> Diamond McCarthy LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) <br> 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity <br> Michael P. Hicks <br> 1218 Waimanu Street, 2nd Floor <br> Honolulu, Hawaii 96814-4304 | Address <br> (713) 333-5100 <br> Telephone No. |
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney                Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br><br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney                Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br><br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael & Marie Louise Hicks | unsecured | 275,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached